

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00572-CV

**FRITZ MANAGEMENT, LLC**, Fries Restaurant Management, LLC, and Sun Holdings, Inc.,
Appellants

v.

**ALFORTISH CONTRACTORS, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07323
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On October 27, 2022, appellants filed a motion requesting an extension of time to file the appellants' brief. The motion is GRANTED. The appellants' brief is due on or before **November 16, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court